# EXHIBIT B

# Swim '08

AUGUST 2, 2007

# TOBEREPORT



SHOP IT | ACCESSORIES • PAULA CORREIA • 212.560.2500 • pcorreia@toberreport.com

# HANDBAG DESIGNER 101

## Inducting the New Handbag Designer 101 Hall of Famer

The first annual Independent Handbag Designer Awards were recently held at the Museum of the City of New York. It was an exciting evening for the winners, the invited guests and attendees.

The smart merchants of today's retail landscape understand the importance of fostering new talent. No one understands this better than Lincoln Moore, VP/DMM of Saks Fifth Avenue who presented iconic handbag designer **Carlos Falchi** with the **Lifetime Achievement Award**. Falchi's acceptance speech was heartfelt. He thanked his retail partners and family members who have nurtured his illustrious career spanning more than 30 years – an inspiration to all of the winners and retailers who attended the ceremony.



**THE WINNER'S CIRCLE.**



**VICTORY BAG.**

**AMY EVENING CLUTCH.**

**Me Char**
Designer: Charmaine Ho, Parsons
New School of Design
130 West 19th Street, Apt. 5F
Mobile: 917-821-5569
e-mail: charmaineho@yahoo.com

**Elezar Lazarus**
Designer: Julio
219 West 89th Street, Suite 5E
212-579-7122
e-mail: julio@elezar.com
www.elezar.com

**Ignes Handbags**
Designer: Maria Studia
8 Shepard Market, Suite 135
London W1J 7JY
www.ignesbags.com

**BAMBOO CLUTCH.**

**CECILIA GOLD HONEY**

**DONNA TOTE.**

**Katherine Kwei**
300 East 51st Street, Suite 1A
646-339-8365
e-mail: Kathy@katherinekwei.com
www.katherinekwei.com

**Handbag Designer 101**
Contact the Guru: Emily Bluementhal
e-mail: Emily@handbagdesigner101.com
www.handbagdesigner101.com
866-206-9067 x 2342

**The Handbag Designer Resource**
646-209-1418



Women's Wear Daily
July 30, 2007
Circulation: 168, 491



ECCLISSI

TIMELESS *beauty* never stands STILL.
ECCLISSI TIME TO WEAR



**HAMPTONS MAGAZINE**
**AUGUST 31, 2007**
**CIRCULATION: 60,000**

LOOKING EAST | MUST-HAVES

# Up & Comers

These three accessories designers are about to explode.
Get their wares now!—S.M.Y.



**JOY GRYSON**

Gryson is a name you'll want to remember—although take one look at her signature handbags and you'll never forget. The former director of design for MJ by Marc Jacobs handbags has struck out on her own with an eponymous collection, Gryson, now in its second year. This September, look for the new shoe collection to hit stores like Calypso. A New Yorker, Gryson uses the cityscape to inspire her work. She also understands how the city treats a woman's foot. "Many of our boots have big soles, which have dual purposes: giving us ladies height--which we all want--but also comfort, creating the height without the pain that usually comes with a tall heel." Who can resist something fashionable and functional? Not us.

Bag ($895) and boots ($825), both by Gryson. *Available at Calypso Christiane Celle, 21 Newtown Lane, East Hampton, 329-0033.*





**KATHERINE KWEI**

Get to know her know--Kwei's intricate handwork is destined to quickly become a fashion staple. Kwei learned design from her grandmother, who was a clothier artist for Katharine Hepburn and Anthony Quinn, as well as a master Chinese knotter. After working in public relations at Louis Vuitton in Hong Kong, Kwei studied design formally at London College of Fashion and launched her own handbag line in the spring of 2007. Besides her more classic creations, Kwei's bags for fall will showcase exotic skins and Swarovski crystal detailing. Her designs are deeply rooted in her heritage and, in our view, they're absolutely fabulous!

Eden shoulder bag ($890) and black Donna tote ($1,725), both by Katherine Kwei. *Available at Blue & Cream, 60 The Circle, East Hampton, 329-1392.*

**R&Y AUGOUSTI**

Husband-and-wife team Ria and Yiouri Augousti have built a beautiful collection of contemporary designs. Ria, a furniture designer, and Yiouri, an architect, fused their passions in life and in business by launching a successful accessories and home-décor line. Having grown up continents apart--Yiouri in Cyprus and Ria in the Philippines--the pair met 20 years ago while studying in London. The two soon discovered that their compatibility went beyond the romantic--they complemented one another's sense of art, style, and design. Accessories by the talented twosome can be found at East Hampton's Blue & Cream, and if you're in the city hunting for fabulous home finds, make a beeline for Barneys New York, where their collection is currently the store's best-selling home-décor line.

Bronze bangle ($212) and black horn bangle ($175), both by R&Y Augousti. *Available at Calypso Christiane Celle, 21 Newtown Lane, East Hampton, 329-0033.* Red ostrich Misaudiere clutch by R&Y Augousti ($295). *Available at Christopher Fischer, 52 Jobs Lane, Southampton, 204-9090.*







**Vogue Pelle**
March 2007
Circulation: 67,000



SUGGESTIONS
ANKLE-SHOES E
TRACOLLE EFFETTO
SECOND-SKIN NELLA
SENSUALE COLLEZIONE
DI ELLEN VERBEEK
TAGLI E NODI E
FRANGE : LEIT-MOTIV
DELLE HANDBAG
DI KATHERINE KWEI,
ISPIRATE ALLA
SIMBOLOGIA CINESE

*sense*
OF SKIN



**KNOTTY PERFORMANCE**

Il nodo cinese, antico simbolo di prosperità, reinterpretato in chiave contemporary. Questo è la signature mark della prima collezione di borse di Katherine Kwei, designer cosmopolita cresciuta tra Hong Kong, Londra e New York, che dalla nonna, costumista di Katherine Hepburn, ha appreso la pratica del knotting. Pochette e handbag dai complicati giochi di tagli e frange poi riannodati, dalle silhouette inconfondibili, in cui i pellami - water snake e agnello - diventano protagonisti, esaltati dall'effetto polished e da una ricca palette di colori tra cui spiccano il bianco, dal ghiaccio al latte, e il grigio perla. www.katherinekwei.com

*The Chinese knot, an ancient symbol of prosperity, reinterpreted in a contemporary key. This is what characterises the first collection of bags by Katherine Kwei, a cosmopolitan designer who grew up in Hong Kong, London and New York, and who learnt the art of knotting from her grandma Katherine Hepburn. Clutch bags and handbags with complicated games of cuts and knotted fringes, with unmistakable silhouettes, where the hides - water snake and lambskin - are the true stars, enhanced with polished effects and a full array of colours, especially whites.*

Katherine Kwei Zara Hobo Bag and Anneka Clutch



**WWD**

September 13, 2006

Circulation: 43,618

# Kwei's Knot Following Trend

**NEW YORK** — It seems the fashion gene sometimes skips a generation.

Designer Katharine Kwei's mother and father work in real estate and finance, respectively, but for her handbag line launching for spring, Kwei looked to her grandmother for inspiration.

"My grandmother was a seamstress in Hong Kong] who made clothing for Katharine Hepburn and Anthony Quinn," said Kwei, who lives in Manhattan but resided in New York and Hong Kong growing up. "She taught me the ancient technique of Chinese knotting and I grew up watching her."

Kwei's namesake line incorporates that technique, called the Chinese eternity knot, which is said to symbolize love and happiness. The bags'

designs, which are done in pliable lambskin and water snakeskin, reflect the complex layered knot motif, whether on front of a toffee-colored tote in a braided style or curling beneath at the bottom of a salmon-colored clutch.

The collection contains no hardware or logo details.

"I saw a lack of bags without hardware" in the market, she said. "I didn't add any grommets or metal fittings because I think people are getting away from the beauty of the leather."

The nine-piece collection, which wholesales from $275 to $775, will make its debut at the Fashion Coterie show on Tuesday and is being represented by Cynthia O'Connor & Co. It already has been picked up by Villa Moda in Kuwait and Lane Crawford in Japan, which will launch the bags at retail in November.

Kwei is no stranger to accessories. She headed public relations for Louis Vuitton in Hong Kong from 1999 to 2002, after which she followed her desire to study accessories, attending the London College of Fashion in London, the designer worked for several British handbag firms, including Billy Bag, before heading to New York, where she interned in the accessories department of Zac Posen.

— **Sophia Chabbott**



Bags by Katharine Kwei.



# WWD
## ACCESSORIES

**WWD Accessories**
Spring 2007
Circulation: 75,000

# amily Affair

Rossi is back on
wear scene—only
he's designing
. After years as
g manager at the
company his father,
ossi, founded in the
d sold to Gucci
1989, Rossi decided
e creative plunge
0-piece, eponymous
that bowed for
07. The undertaking
out after both father
ith Sergio Rossi in
ause of contractual
nts. For the younger
e me seemed a
ove, and having a
a half-century of experience under his belt as a mentor made
tiniest doubts evaporate

dea is to do shoes that are feminine yet comfortable and
cessive because there's too much of that already, especially
nways,' explains Rossi, 39. That said, Rossi admits he
he technological envelope with sandals that feature a carbon
making them unusually light, even though they have a
etric heel

on fiber is used in Formula 1 cars because it's ultraresistant,
it concurs with the expression of pure design. It's added
ays Rossi.

tyles are finished off with straps made from ostrich, crocodile,
netallic leathers and satin in cocoa, black, slate gray and
e rest of the collection is a platform fest. Seventies floral
patent leather, suede and matte croc. Prices range from $480
s to $700 for carbon-fiber sandals
rrying the line include Neiman
eimanmarcus.com) and Biffi (biffi
**Alessandra Ilari**



om the Gianvito Rossi line.

# Tied Up
# in Knots



Katherine Kwei's
Zara clutch and
Zara bag.

V isiting one's grandmother might be a noble duty for some,
but for other girls, it can be a genuine thrill. "My grandmother
was a couturier who made clothing for Katharine Hepburn,"
and Anthony Quinn," marvels Katherine Kwei, 34, a designer who
spent much of her childhood in Hong Kong visiting with her maternal
grandmother, Wei Fun Koo. Kwei became an apprentice of sorts to
Koo, who most notably did the costumes for 1937's *The Good Earth*. Kwei
learned sewing and construction methods from Koo as well as the Chinese art
of knotting, a technique for which she developed an affinity. "The eternity knot is a
symbol of love and happiness," says Kwei, a onetime publicist for Louis Vuitton. It
also happens to be the inspiration for her new collection of handbags ($550-$1,675 at
Corsa, Houston, 702 733,9442) The bags are knotted from strips of pliable lambskin
and water-snake skin by five Chinese *shi-fus*, masters of the art who have passed it
down from generation
to generation. Yet she's
no slave to tradition. She
uses the knots in usual
ways, such as in curls at
the bottom of a clutch or
a hobo.

**—Sophia Chabbott**



Katherine Kwei





Botkier's talent for creating "It" bags carried by
the likes of Penelope Cruz and Lindsay Lohan is
now being applied to a collection of leather belts
($165-$190 at botkier.com).

Bing Bang will bring on more charm with its first
collection of precious pieces called 88 Fine Jewelry
($500-$6,500 at Kavair and Kind,
Los Angeles, 310,659 8858).

Katherine Kwei Profile

### The Fashion Week Daily
### June 19, 2007
### Circulation 46,477



Tuesday, June 19, 2007

---

## Tied and True
### Katherine Kwei's got your new go-to handbag

*Tuesday, June 19, 2007*

**(NEW YORK) WHAT:** Katherine Kwei Donna Evening Bag



**Katherine Kwei's Donna Evening Bag**

**WHY:** Resourceful and determined as you are, you've been unable to find a have-it-forever, wear-it-wherever clutch that doesn't resemble the one in the manicured hands of every other chicette—until now. Enter Katherine Kwei. She recently released her second collection, but her creations transcend trend with a grace normally reserved for veteran designers. Maybe it's because her greatest influence was her clothier grandmother, who dressed Audrey Hepburn and taught the 34-year-old former Hong Kong Louis Vuitton PR girl the art of Chinese knotting. The result? A gaggle of hobos, totes and clutches as irresistible as the Donna, which is available in a cool plum, not-so-basic black and metallic silver. Lined with goat suede, backed with lamb skin, studded with Swarovski crystals, fringed, and tangled like lanyard, the watersnake skin bag is complicated and modern, yet elegant and timeless. Dress up your jeans or go black-tie—either way, you'll look helplessly chic with this unique new twist on old-time tradition.

**PRICE:** $735

**AVAILABLE:** Visit www.katherinekwei.com for retail locations

accessories

# KNOT YOUR ORDINARY HANDBAG

## KATHERINE KWEI PUTS A NEW TWIST ON FUNCTIONALITY.









Katherine Kwei says she combines her twists spent working with sea whales and sculptures in Hong Kong theme park rebuilding the discovered trails at Yellowstone National Park and learning about the design consultant while consulting in the Bahamas — swimming over islands their visits in tents and nothing compares across like a song cry from the designers that this is a passion.

Handbags Kwei's knowledge of design stems from her grandmother, a clothier for Hollywood's legends Katherine Hepburn and Anthony Quinn. Kwei would spend countless hours knotting cords on extravagant necklaces with her grandmother, who was highly skilled at Chinese knotting and studied the elaborate embroidery patterns on old quilts and robes. Veering from her environmentalist science background, Kwei graduated with a M.A. in design and technology for Accessories Design ... after working for handbag designers on both sides ... and in India. Bags in part ... resulted ... New York, where she concocted her own handbag designs for her first ...

... the spring/summer ... from Kwei's original collection ... that comes from the Chinese tapestry fabric ... have always been in soft textures that appeal to satisfies her very simple, naturally modern shapes and structures and wants through ... set designers themselves, original Kwei experiments with snakeskin and goat leathers in transport shades of ... gray, mustard, rose and amber ... skills lose the most expressive of the trade with ... impeccable make each image to perfection goat and antelope. Kwei designs her individual soft any hardware and also ... are handmade ... most skin always cares ... she notes. In terms of new society ... tote bags with shapes that are simple and classic and that won't need hardware ... handbag enthusiasts take note Kwei's stunning new pieces collection of clutches totes totes and tiny bags is sure to become a fashion standout.

— KatherineKwei.com

**MORISOLA OLADEHIN**



# PRESTIGE

**HONG KONG**

**PLUS**
**BRYAN FERRY**
**VANESSA-MAE**
**VIVIENNE**
**KEVIN**
**VICTORIA**
**EDWARD**
**PER**
**FRANCIS COUTE**
**BALI BLISS**
**BARBIE DOLL**
**HORSE HEAD**

**EXCLUSIVE**

## After the
## Catwalk
# Tatjana
# Patitz

Rodeo Drive





## KATHERINE KWEI

This debut by handbag designer Katherine Kwei incorporates the ancient tradition of Chinese knotting with a flair for modern accessories. The collection includes nine head-turning pieces showcasing the artistry and structure of sleek clutch and standout shoulder bag silhouettes. Leathers include water snake, lamb and goat, in a colour palette of white, mahogany, mustard, salmon, grey and beige, as well as an extraordinary snake pattern imprinted on



in the pink

**Kwei to go** Hong Kong gal Katherine Kwei is launching her debut collection at Lane Crawford. After graduating from Central Saint Martins College of Art and Design in London and training with trendy New York designer Zac Posen, Kwei decided to launch her own handbag collection. Revisiting her roots, she developed a weave inspired by the Chinese "eternity" knot and crafted from a range of skins including lambskin and water snake. Each bag is specially handcrafted by master craftsmen to capture good luck and prosperity. Despite the age-old techniques used, the bags have a surprisingly modern aesthetic. Standout pieces include the Zara tote in watersnake (left; HK$10,500) and the Anneka clutch (below; HK$4,750), which is made from lambskin. The bags are available in several colours and have already featured in *Women's Wear Daily*. Available from next week at Lane Crawford, Pacific Place, 88 Queensway, Admiralty, tel: 2118 3668. Jennifer Cardenas

style meter

**■ TRENDSETTER**



Katherine Kwei - from Louis Vuitton PR girl to New York handbag designer



Zara hobo



Kooba tote



Stella clutch



Zara clutch



Zara tote



Annina clutch

# KNOT'S BRANDING

**Former Hong Kong girl about town Katherine Kwei has launched an eponymous handbag label in New York. Praised for their originality, her bags reinvent the Chinese craft of hand knotting.** *Karen Ting* **checks out the collection.**

When Katherine Kwei gave up a fledgling career in public relations to study accessories design, she knew she would start her own brand one day. "It's been like five years in the making," says the New York-based handbag designer. Kwei has been jetting between Hong Kong and production of her bags is based across the border in China and New York since launching her namesake brand last year. Her handbags and clutches have received rave reviews from the international fashion press and the stylish set. Besides selling at selective boutiques in the US, they can be found in Harvey Nichols in Turkey,

Saks Fifth Avenue in Saudi Arabia and the Al Villa Moda in Kuwait and Lane Crawford in Hong Kong.

Hong Kong, Kwei Katherine's her friends, was a popular handbag designer in the social scene. It was in the polis matters department of Louis Vuitton that she developed an interest in handbags. When I first joined Vuitton, there was no such thing and Marc Jacobs hadn't joined yet, says the stylish 34-year-old. "I remember the first project that was an exhibition which toured five cities in China. It was basically the history of their bags and trunks so that was how I learnt the heritage the craftsmanship of the bags. I think that kind of put me on the bag route."

Kwei moved to London in 2002 to study accessories design at the prestigious London College of Fashion. Kon Hearsey. Along the way she worked for bespoke floral appliqué handbag designer Lulu Guinness and Billy Bag Company in London while in New York she interned for famed designer Zac Posen working on his spring/summer 2006

86



## Daily Candy Miami Edition
## 18,687 Viewers Per Day
## April 10, 2007

From: today@dailycandy.com [mailto:today@dailycandy.com]
Sent: Tuesday, April 10, 2007 3:46 AM
To: Jennifer Weselberg
Subject: DailyCandy Miami - Knotty Girls Need Love, Too







April 10, 2007

### Knotty Girls Need Love, Too

Summer camp: two weeks of swimming in a murky lake, performing lame skits about cabin life, and hiding mom's brownies from the chubby girl. You couldn't tie a knot to save your life, but when it came to lanyards, your under-over skills were legendary.



Alas, your key chain reign is over. But that doesn't mean you don't still appreciate a good weave.

Relish designer Katherine Kwei's debut handbag line. Her ultra-high-end totes, hobos, and clutches are all made using the Chinese knotting skills she learned from her grandmother. Her traditional roots have also given Kwei an appreciation for detail and fine craftsmanship to create bags that are part work of art, part cowgirl chic.

Pair the fringe-tastic Zara tote with a snakeskin finish in either coffee, mustard, salmon, or putty with your favorite jeans and boots, and you're ready for gallery night.

Or even rodeo night.

If you're ever feeling, you know, campy.

*Available at Capretto Shoes, 5822 Sunset Drive, South Miami (305-661-7767). To see styles, go to katherinekwei.com.*

ROCK IN
EVERYWHERE
Keep Your Eye on the Balls



DailyCandy
ToGo
is here
Learn more

COWGIRL

Katherine Kwei Zara Tote



216

Publication: Cosmopolitan
Date: March 2007

<u>Weaving Happiness</u>

Busy with the Fall/Winter collection, up-and-coming Chinese New York designer, Katherine Kwei, hopes to weave the dream of a blissful life with her knot inspired handbags.   The New York designer established her own brand after working in Louis Vuitton's Public Relations Department before furthering her studies in England.

Cosmo: What inspired you to use knots to design handbags?
Katherine: As a child, I have spent time with my grandmother knotting cords for necklaces filled with jade and precious stones, and looking over the intricate embroidery patterns of old quilts and robes.   Without knowing, I have accumulated an understanding of such traditional Chinese art.   Because of this, I have used my childhood experience in designing my handbags.

Cosmo: Did your grandmother inspire you to establish your own brand of handbags?
Kathering: Yes, my grandmother was a clothier "stylist" for silver screen legends such as Katherine Hepburn and Anthony Quinn.   Growing up in an environment filled with such passion for design gave me the opportunity to create my own brand of handbags.   My mother also gave me unlimited support and treasured the handbags that I gave her, which are of my design.

Cosmo: Can you describe the design style of Katherine Kwei?
Katherine: My designs focus on the leather itself, trying to avoid accessories that are made with metal.   At the same time, I hope that my design could be a timeless piece instead of a mere trendsetter.

Cosmo: What type of women would be interested in your design?
Katherine: I assume that they would love the unique and original design and yet value the functionality of it.

Cosmo: What, in your mind, is the most important element of a handbag?
Katherine: It has to be beautiful yet practical and give a sense of uniqueness.

Cosmo: What outfits would complement your handbags?
Katherine: Any outfit, be it casual wear, suits or evening wear, as long as the wearer is

confident in herself, the Katherine Kwei handbag would be a perfect match.

Cosmo: What other brands of handbag do you admire?
Katherine: Gustto from America, Bottega Veneta and Fendi.

Cosmo: Working in the Public Relations Department for Louis Vuitton in the Asia Pacific region for four years, what gave you the determination to start your own brand?
Katherine: Working in LV allows me to learn and experience the history of handbags and the essence of the craft.   The experience has sparked my desire to create my own brand of handbags. I realized that being able to grasp the basics of design is important, which is why I pursue my M.A. in accessories design in England.   After which I worked for handbags and accessories designers from England and New York.

Cosmo: What is the difference between working for others and having your own business? What challenges do you face?
Katherine: Operating my own business gives me more freedom and flexibility, however it requires discipline.   Everyday, I would encounter unexpected problems. It is challenging and yet gives me great satisfaction.

Cosmo: If you didn't become a handbag designer, what would you be doing?
Katherine: I love nature, so I guess I would be a wildlife photographer or start my own school and become an arts teacher.

Cosmo:   What is the most memorable experience in life?   What do you treasure the most?
Katherine: Presenting the handbags that I designed at the show for my master's degree graduation is the most memorable experience.   I would have to say I treasure my friends and family the most especially in the beginning of establishing my own business where I needed their support.

Cosmo:   What is your next travel destination?
Katherine:   I am longing to go to countries in South America, such as Argentina, Chile and Mexico.

Cosmo: What are your hobbies?
Katherine:   When I am in New York and London, I enjoy visiting the museums, going to the cinemas and meeting with my friends.

**The new look of leather handbags -- weaving the East and the West**

In Spring-Summer 2007, Katherine Kwei launched her first handbag collection. With her signature "Eternity" knot-inspired weave she created a unique handbag style. At the heart of the design is the use of the finest Italian leather which is pliable enough to strip and knot.  The bags are cut, woven and hand-knotted by master craftsmen, giving every bag its own temperament of the East and West.   Katherine's designs also withstand the weight of carrying women's essentials.   Of all the designs, Zara, her first line of collections which is named after her goddaughter, is the best buy item and is now available at Lane Crawford.   Retail price: $4,600 to $6,900.



Publication: JET Magazine
Date: March 2007

Profile:

Katherine Kwei, born in Hong Kong, lived in Athens, Dubai, Hong Kong and New York, joined Louis Vuitton's Public Relations Department after graduating from Cornell University in Natural Resources. In 2002, she went to England alone to pursue her Master's Degree in Design and Technology for Accessories from the London College of Fashion. She has also been an intern for Susannah Hunter and Billy Bag Company. After attaining her master's degree she moved to New York and worked at Zac Posen.

Footnote: Katherine Kwei handbags are now sold at Lane Crawford.

J: Before working as a handbag designer, you worked at LV in Public Relations, What made you abandon your career and went to England to further your studies?

K: At the time, I wanted to setup my own brand of handbag. When I was a child, I've always wanted my own business but I've never thought I would be a handbag designer. When I joined LV in 1997, Marc Jacobs was not with LV yet. Handbags were still their core business. Through this job, I became extremely interested in designing handbags and the history and tradition of LV deeply affected me.

J: What did you learn during your internship at Billy Bag Company and Zac Posen?

K: Billy Bag Company is established in England. When I was an intern there, I have to help out in everything; from research on other handbag designs to production and choosing different colors. Zac Posen is in New York, I was involved truly "from the beginning to the end", from drafting to choosing the leather to fashion shows. I get to participate and learn every step of the way in handbag production. Most of the bags were manufactured in New York, which is why I got to know a lot of small handbag manufacturers and widened my understanding of this industry.

J: The "Eternity" knot is your signature-weaving pattern, where did this inspiration come from?

K: When I was a young girl, my grandmother used to tie a lot of different Chinese knots, occasionally, using jade as well. That is where I got the inspiration to incorporate these knots into my handbags. These knots symbolize love and fortune and I hope that anyone who buys my handbag would receive these blessings.

J: Other than the logo inside your bag, why did you insist on not putting any logo or sign on the handbags?

K: I believe that the "Eternity" knot is a good enough signature, which is why I didn't put any logo on the bag itself.   In future, I hope to continue using the "Eternity" knot and reinterpret it every year.

J: Can you tell us about the central theme of your first collection?

K: Hong Kong is the first destination for my launch.   It is one season prior to New York.   The Spring/Summer collection emphasizes on texture and the collection is in mono color.   The designs are not too flashy; I hope to give it a more classic look. The craftsmanship of these bags are complicated, I've deliberately hid the stitches, giving the handbag a cleaner look. For the next season, I will create bags with a more metallic feel.   The design would be bigger and a little more exaggerated.

Photo captions:

Pale green Anneka clutch (lambskin) $4,750.

Katherine Kwei, From LV Public Relations to Handbag Designer

When Katherine Kwei left her well-established career at LV in the year 2002, perhaps no one could comprehend what this pretty lady, who seems to have everything, was thinking.   After seeing her first collection of handbags, you would appreciate her naive determination at the time.   Without exaggerated design nor dazzling colors, these bags move you with its details.

1: Brown Zara Tote (water-snakeskin) $10,500
2: Burgundy Zara Clutch (water-snakeskin) $5,900
3: Grey Zara Hobo (water-snakeskin) $10,000
4: Butter Stella Tote (Goat and Lambskin) $12,450

International magazine WWD also reported on Katherine's latest designs.

The knots on Anneka Tote and Zara Clutch are variations of the "Eternity" knot.

Publication: Elle
Date: November 2006

Knotting East and West

A creative designer along with an unreachable concept could very often create a refreshing yet functional product.   Handbag designer Katherine Kwei is one of the outstanding designers.   In Katherine Kwei's Spring/Summer collection, which is about to launch, she combined the art of the "joining of two cords" from the Tang and Song Dynasties into her designs. She uses snake-print goat skin along with a color palette of white, mahogany, mustard and light orange to bond the elements of trend, tradition together with the culture of east and west.

Photo caption:
Katherine Kwei's new collection will be available at Lane Crawford in November.

泰式暖意







# Katherine Kwei
# 給你祝福的手袋



Publication: Ming Pao Weekly
Date: November 4, 2006

<u>Katherine Kwei Presents to You the Handbag of Blessing</u>

It is not easy to leave one's work, go abroad to study and start a new career again. However, the petite Katherine Kwei has the courage and determination to do so. Katherine worked in Louis Vuitton's Public Relations Department. In 2002, she left the dream job for most people and went to pursue a Master's Degree in Design and Technology for Accessories from the prestigious London College of Fashion in England. After graduation, she moved to New York and completed an internship with the famed Zac Posen.

Tanned and trendy, Katherine is deeply affectionate with Chinese arts and crafts. As a young girl, Katherine spent a lot of time with her grandmother folding wonton dumplings and knotting cords. These traditional arts and crafts were inspirations of her first handbag collection. She created her signature 'Eternity' knot, which is a symbol of good luck and happiness. Each handbag uses Italian leather including lamb and water-snake, cut and woven by master craftsmen. When carrying the handbag, the knots will move along with your every motion. Most importantly it is sturdy enough to withstand the weight of women's daily essentials. In the creative process, Katherine faces a lot of technical difficulties. However, she did not give up and sees it as a process in creation.

Since Katherine loves designing handbags, she's planning to launch a new line of "accessories for accessories". These designs are accessories for handbags and mobile phones. The designs are currently at the stage of "wear test" and will be launched end of next year. (Point of sales: Lane Crawford, Hong Kong)

Photo caption:
"ZARA" is Katherine's favorite line of design, she spent three years to develop it using traditional handbag styling and leather but with her unique weaving methods giving this line a one of a kind style.

Publication: Ming Pao Daily
Date: February 15, 2007

<u>Katherine Kwei - a Tie to Adamant</u>

Leaving Louis Vuitton in pursuit of her dream in designing

Katherine is a through and through Chinese.   However, English was still used in the interview.   "I was born in Hong Kong, before the age of one, my family has migrated to New York.   Both of my parents have already came back and settled in Hong Kong but I am still living in New York.   Since the production line of my handbags is in Dong Guan, my life is a merry-go-round between New York, Hong Kong and Dong Guan."   Migrating to a foreign country, returning home and working in the Mainland, this, in some sense, concludes the life of the people in Hong Kong.   The most important moment of Katherine's life would be the day when she left her position in Public Relations with Louis Vuitton in 2001 to further her studies in design in London.   "I wanted to make some changes in my life at the time, I wanted to study design and create my own brand.   After all, Public Relations is only a job; designing handbags is my dream."

Katherine's love for handbags came from her grandmother and mother.   "As a young girl, my grandmother taught me how to tie all sorts of Chinese knots.   This sparked my love in research on macrame and even sailor's knots.   I also loved to study my mother's handbags at the time which has a lot of tassels."   Handbags and knots come as a natural marriage to Katherine and so she created her handbags using "Eternal" knots.   "A lot of people see knots as a decorative piece, but I can see their functionality as well."

After graduation, she brought her design to look for manufacturers in Dong Guan. With 12 of her finished handbags, she went to all the showrooms in New York. "New Yorkers are direct, competitive and money oriented.   Female New Yorkers are surprisingly tough and competent".   For the sake of her own brand, the gentle Katherine must be tough.   "The first deal that I sign with a showroom was through a strong lady.   The terms that she offered were very unfavorable to me.   On my way home, I kept thinking it over and finally got the courage to get into a negotiation with her again.   That was the first time that I take my stand."   Finally, Katherine got into reasonable terms and her handbags are steadily being known in the market. "I am not asking everyone to like my design but I will not give up my concepts.   This is what I

am learning every day from the day I have my own brand."

Photo captions:

When Katherine stood up, I was surprised to find that, just across the table, she is so thin and petite.   It seems like she would shatter with a gentle touch.   Kwei would lower her face when she smiles, yet, after having her own business, she learned to be adamant and persistent.

Kwei believes that each design should have their own meaning, so she named her handbags after the names of her friends' daughters.   Anneka featured here is her first product.

I didn't feel much when working with large brand names such as LV, but after establishing my own brand, I realize that it is not easy to maintain it.   I love what I am doing and I will continue my work despite any difficulties.

Cutting the leather into strips and tie every knot by hand.   The knots gave the bags its own unique shape and touch. (front: Zara Clutch $5900, back: Zara Tote $10500)



Publication: ZIP Magazine
Date: October 2006

<u>Please Remember This New Name - Katherine Kwei</u>

To me, women are born with an inseparable emotional tie with handbags.

During different periods, two of my friends left their original job and became handbag designers.   One was a lawyer and became a handbag designer now based in Vietnam.

The other friend of mine is Katherine Kwei.   She was a friend of mine who worked in public relations but now became a handbag designer based in New York.

The handbags that Katherine Kwei designed are mainly sleek clutch and tote bag/shoulder bag.   They come in different sizes and colors.   The two major elements of her design were the pliable lambskin and her signature Chinese knotting.

Talking about Chinese knotting, it all begins with the childhood story of Katherine Kwei.   As a young girl, she learned how to fold wonton and knot cords for necklaces filled with jade; these all contributed to her fascination in traditional art.

These traditional crafts have paved the way for Katherine Kwei to become an accessories designer.   Leaving her job in Louis Vuitton's Public Relations Department, Katherine pursued a Master's Degree in Design and Technology for Accessories at the London College of Fashion in England.   Upon graduation she worked for two British handbag companies including Susannah Hunter and Billy Bag Company.

After her internship, Katherine moved to New York and worked as an intern last year with Zac Posen on his Spring/Summer 2006 handbag line for six months before preparing the launch of her first handbag collection.

Her debut of Katherine Kwei New York Spring/Summer 2007 handbag collection will hit Lane Crawford in November this year.   Right after the trade show at her New York showroom, Katherine Kwei's name immediately appeared in the leading fashion magazine - <WWD>.   This indicates the recognition of her great potential.

As a modern women herself, Katherine incorporates her desire, needs and taste into