her designs.   Her design philosophy is to mix modernity with tradition; using luxury materials to create a unique texture.   The focus of her inspiration is still the "Eternity" knot.

To Katherine, Chinese knotting is an art.   She hopes that her handbags would be taken the same way as these Chinese knots, weathering the test of time on its superior quality and become a timeless classic.

Katherine's handbag takes on the character of its designer: chic and playful.

Photo captions:

1-3: Just the clutch bags alone from Katherine Kwei's collection already come in an assortment of colors from grey to khaki, mustard to salmon.

4: The favorite of the designer; a grey clutch bag.   Katherine said this is most suitable for attending cocktail parties or banquets.

5: A must have item for a chic lady - hobo bag is the best choice.

6-7: My favorite style of tote bag.   It comes in a variety of different designs.

8-11: Besides colors, Katherine paid special attention to the materials that are used in the handbags, such as water-snakeskin, sheepskin and lambskin, and combine with a total handmade design which gives the designs a human touch.

12-13 The snake-print lambskin design is the most impressive design and it is also the most difficult one to make in the manufacturing process.





Publication: Apple Daily
Date: November 17, 2006

<u>Katherine Kwei Eternal Knot of Happiness</u>

Affectionate with Chinese culture, accessories designer Katherine Kwei established her own line of handbags under her name.   Combining the tradition of knotting and her unique "Eternity" knot she hopes to endow each bag with happiness and good luck.

Hong Kong born Katherine Kwei worked in Louis Vuitton's Public Relations Department before pursuing her path as a designer.   While working at Louis Vuitton, Kwei learned that originality and quality is the eternal key to design.   With her interest in design she left LV to pursue her Master's Degree in Design and Technology for Accessories from the prestigious London College of Fashion.   Upon graduation, she moved to New York and gained valuable experience working with the famed Zac Posen for his handbag and accessories Spring/Summer 2006 collection.

Understanding the Importance of Character

The Katherine Kwei handbag line was designed by Katherine herself, placing Chinese knots in her designs.   During the interview she said, "I have learned the importance of marketing on branding and image at LV.   When it comes to creating my own brand, I understand that I must instill my own character into the designs, that would be the signature of my brand.   My source of inspiration comes from the traditional art of Chinese knotting."

Katherine's Spring/Summer 2007 collection comes in three series; Stella, Anneka and Zara with a total of nine pieces including shoulder bag and clutch embodying elegance, meticulous and uniqueness.   The collection uses quality Italian leather from water-snake, lamb and an extraordinary snake-print goat skin.   Colors include white, mahogany, mustard, salmon, grey and beige.

It all begins with a seamless piece of leather
Each handbag is created from a single skin of leather which is cut, woven and hand-knotted by master craftsmen into the "Eternity" knots symbolizing happiness and good luck.   The handbags will be available at Lane Crawford.

Photo captions:

Stella brown, yellow handbag $12,450.

According to Katherine Kwei, as a young girl, she and her grandmother folded wonton dumplings and knotted cords.    This sparked her interest in knotting.

Anneka Beige lambskin clutch $4,750

Stella brown and white lambskin handbag $5,000

Anneka brown lambskin handbag $6,000

Anneka beige lambskin handbag $7,300

Zara grey water snake skin clutch $5,900

Zara mustard water snake skin handbag $10,000



Publication: Sing Tao Daily
Date: November 17, 2006

<u>The Katherine Kwei Eternity Knot from Generation to Generation</u>

Combining traditional Chinese art of knotting, trendy designs and quality leather, handbags with unique characteristics and rich texture are woven by designer Katherine Kwei in her first collection of handbags.

Knotting is a revered art form in China dating back to the royal courts of the Tang and Song Dynasties. Designs fashioned after symbols of happiness, longevity, prosperity and fortune are popular, and this traditional craft is passed on from generation to generation. Katherine was taught by her grandmother and has created her own "Eternity" knot.   Using quality Italian leather, Kwei ensures that it is pliable enough to strip and knot yet sturdy enough to withstand the weight.

The detailing of each handbag is perfect, starting with a single piece of skin, bags are cut, woven, and hand-knotted by master craftsmen. Each bag is instilled with an extraordinary style of east meets west.   Katherine's premier collection includes nine pieces using leather from water-snake, lamb and goat in white, mahogany, mustard, salmon grey and beige.   Each clutch or shoulder bag is considered the perfect blend of arts and craftsmanship.

Relations with Knots
34-year-old Katherine was born into a rich family.   Her father, Randy is a banker, her mother Wong Yung Chun is an artist and her grandmother is a "stylist" for silver screen legends Katherine Hepburn and Anthony Quinn.   Under her grandmother's influence, Katherine is most interested in Chinese traditional art.   Katherine worked in Louis Vuitton's Public Relations Department for a few years before leaving for the London College of Fashion in pursuit of her Master's Degree in Design and Technology for Accessories.   While in London, she worked as an intern with floral appliqué handbag designer Susannah Hunter as well as the trendy Billy Bag Company. After graduation, Katherine worked with the famous Zac Posen, on his handbag and accessories line for the Spring/Summer 2006 collection.

When asked if it was too late for her to enter the fashion industry, Katherine said with a smile, "I have learned a lot while working in Public Relations, I don't think it is too late to start after accumulating such experience.   When I first saw the production

process, I was fascinated.   Over a hundred handbags were on the production line with 15 workers working on various stages of manufacturing.   It is an unforgettable experience to see the whole production line filled with my own design.   It was so surreal that I had to take a picture.   Katherine Kwei's debut collection of hand bags will be on sale in November at Lane Crawford.   It is expected to be "must-haves" among the celebrities.

Photo captions:
Stella Clutch in white and brown in the shape of a shell $5,000
Zara Hobo shoulder bag $10,000.
Anneka dark brown clutch bag $6,000.
Zara Clutch grey evening bag $5,900.
Zara Tote mustard shoulder bag $10,500.
Stella Tote white and brown shoulder bag $12,450.
Designer: Katherine pays special attention to the texture of her handbags.   That is why she is very particular in her choice of leather.

       

# HANDBAG designer 101
## The Handbag Designer Resource

Today's HB101 | Bag Trends | Celebrity Bag Watch | Handbag Events | Jobs and Services | Bag Forums | Handbag Awards



Zara Clutch: Water Snake Skin in Salmon, $915



Anneka Shoulder Bag: Toffee colour in Lambskin, $915



Stella Tote: White Snake Print in Goat Skin, $1,760

## Katherine Kwei

**Background:**

IHDA WINNER: Best Handbag in Overall Style & Design

| | |
|---|---|
| What is your name? | Katherine Kwei |
| Where are you from? | Hong Kong |
| Where do you live now? | New York City |
| How old are you? | 34 |
| Do you have a design background? | London College of Fashion where I received a M.A. in Design & Technology for Accessories |
| Do you still have a day job? | No, Katherine Kwei is my full-time job! |
| What year were your bags born? | 2006 |
| Bag brand name: | Katherine Kwei |
| What is their retail price range? | $645 - $1820 |
| Where can a shopper buy your bags? | They will be available in the U.S. next year but will be in Lane Crawford in Hong Kong for the Holiday season of this year. |
| For more information, contact: | www.katherinekwei.com |

Comments: [post a comment]

1. These bags are beyond stunning! - Jackie from Wa, November 14, 2006.
2. WOW - I am going to start saving for a bag like the zara clutch. - Maria from NYC, November 14, 2006.
3. LOVE IT! - J from NYC, June 15, 2007.
4. Very beautiful! - Nadin from CA, July 11, 2007.

**Search HB101:**

Bamboo
Barrel
Beach Bag
Box
Bucket
Canvas
Clutch
Cordoroy
Cosmetic Bag
Croc
Cross Body
Custom
Cut-out
Diaper Bag
Drawstring
Duffle
Evening Bag
Frame
Handmade
Hobo
Knitting Bag
Laptop
Leather
Make-up Bag
Messenger Bag
Pouch
Purse
Sack Bag
Satchel
Shopper
Shoulder
Structured
Tote
Travel Case
Weekender
Wristlet

**Story:**

As a young girl, I remember spending afternoons with her grandmother folding wonton dumplings, knotting cords for necklaces filled with jade and precious stones, and looking over the intricate embroidery patterns of old quilts and robes. My grandmother, who was a clothier "artiste" for silver screen legends Katherine Hepburn and Anthony Quinn, as well as a master at Chinese knotting, instilled in me a deep reverence for my cultural roots and passion for working with my hands.

Deeply ingrained in my heritage, I draw much of my inspiration from my Chinese roots with her signature Chinese "Eternity" knot-inspired weave as the main focus. My goal is to create collections that are of outstanding quality and timeless designs - much like the art of Chinese knotting that she learned from my grandmother, which is integrated throughout my work.

I have been pretty lucky with my production in the sense that my samples have always been done very well and in a pretty timely manner. The Ci-fu's (Chinese for master pattern makers) really enjoy my styles, especially working on the knotting weave and are pretty enthusiastic about diving right in. Sometimes though they get carried away and do their own interpretation which is pretty funny to see as well. For one line, I added a fringe. The Ci-fu decided to reinterpret my weave so that fringe would come from the weave instead of adding it. Although I did not go with this in the end, it was great to see another approach. You never know - I might use his idea in an upcoming collection...

My nightmares to date are with my factory when they make careless errors such as using the wrong color skins and match the wrong kind of skin to the lamb skins. Also, they also underestimate my leather quantities which makes me chase my suppliers for little quantities of leather constantly (e.g. 10 skins of snake.) Everything really boils down to the patterns and providing the correct leather consumption figures to get the correct costing so that the pricing reflects this accurately. I

am sure I am not the only one who goes
through this because this is where the hard
work kicks in.

Katherine Kwei handbags blends everything
from luxury brands to vintage pieces to the
latest street wear to create a polished yet
chic and playful, figure-flattering silhouette. I
hope that my refined sensibility reflects in my
pieces and appeals to a woman who is
confident and secure in her own sense of
style.

Other HB101 Articles:

July 17, 2007 - leeleedesigns westport - Ashley Palmer
July 15, 2007 - Gigi Hill - Gabrielle DeSantis-Cummings and Monica Hillman
July 13, 2007 - Kelly Lyons - Kelly Lyons
July 11, 2007 - August Lately - Georgia Hadley
July 09, 2007 - ZJN - Zhanna Zabolotskaia
July 06, 2007 - Elizabeth Bayu - Elizabeth Bayu
July 04, 2007 - AGAIN NYC - Allison Teich
July 02, 2007 - Tracy Zych New York - Tracy and Ashley Zych
June 30, 2007 - Amici Accessories - Marlene Friedberg
June 28, 2007 - MIS Fashion Bags - Michelle Stupski
June 26, 2007 - Designs By Jamie - Jamie Palerino
June 23, 2007 - Notting Hill Design - Kimberly Yurisich
June 21, 2007 - Elezar - Julie Lazarus: IHDA WINNER: Audience Selected Handbag
June 20, 2007 - WUBET - Arnold Haas: IHDA Finalist: Most Socially Responsible Handbag
June 19, 2007 - oovoo - Pauline Lewis: IHDA Finalist: Most Socially Reponsible Handbag
June 18, 2007 - Gifted Label - Clare Elsmore-Dodsworth: IHDA Finalist: Most Socially
Responsible Handbag
June 17, 2007 - Mad Imports - Jamila Hubbard: IHDA Finalist: Most Socially Responsible
Handbag
June 16, 2007 - IGNES Handbags - Maria Estrada: IHDA WINNER: Most Socially Responsible
Handbag
June 14, 2007 - Ocie Jeweled Miniaudiere - Osnat Gad: IHDA Nominee: Best Handbag in
Overall Style & Design
June 13, 2007 - Babee D - Dayme IHDA Nominee: Best Handbag in Overall Style & Design
June 12, 2007 - Jane August - Jane August: IHDA Nominee: Best Handbag in Overall Style &
Design
June 11, 2007 - Chamides, Inc. - Scarlett Chamides: IHDA Nominee: Best Handbag in Overall
Style & Design
June 10, 2007 - Nina Perrera Handbags - Nina Rosen: IHDA Nominee: Best Handmade
Handbag
June 09, 2007 - Tracey Vest - Tracey Vest: IHDA Nominee: Best Handmade Handbag
June 08, 2007 - SoVi-Southern Vitality - JP Dewberry: IHDA WINNER: Best Handmade
Handbag
June 07, 2007 - Nadia Williams - Nadia Williams: IHDA Nominee: Best Handmade Handbag
June 06, 2007 - Karen Meyers - Karen Meyers: IHDA Nominee: Best Handmade Handbag
June 05, 2007 - Yumi - Yumi Holder: IHDA Nominee: Best Student-Made Handbag
June 04, 2007 - Me Char - Charmaine Ho: IHDA WINNER: Best Student-Made Handbag
June 03, 2007 - Gaya Handbags - Wei Wei Chang: IHDA Nominee: Best Student-Made
Handbag
June 02, 2007 - Jana K Designs - Jana K Friedman: IHDA Nominee: Best Student-Made

Handbag
June 01, 2007 - Elena Estaún - Elena Estaún Sánchez: IHDA Nominee: Best Student-Made
Handbag
May 30, 2007 - Women of Whim Handbags - Cindy Jackson
May 28, 2007 - Brynn Capella - Brynn Capella
May 26, 2007 - Jordana Paige - Jordana Paige
May 24, 2007 - Besedina Tanya - Tanya Besedina
May 22, 2007 - Clara Kasavina - Clara Kasavina and Misha Berger
May 20, 2007 - Kenneth Andrew, Inc. - Angela Downey
May 18, 2007 - Lo Lo - Loretta Kim Nguyen
May 16, 2007 - The Butler Bag - Jen Groover
May 11, 2007 - Becky OH! - Becky O'Neil
May 09, 2007 - Grace & Co - Grace and Alexandria Hedrick
May 07, 2007 - Retrodelic - Ken Williams
May 05, 2007 - Beverly Feldman - Beverly Feldman
May 03, 2007 - Bliss Lau - Bliss Lau
April 29, 2007 - Boni - Sarah Clayden
April 26, 2007 - a. - Anna Le Pley
April 24, 2007 - Shamar Custom Design - Sharon Sloane
April 22, 2007 - Kyss Handbags - Krista Orr

Email Sign Up | Designer Registry | Join Our Team | Ask HB101 | Contact Us

Copyright (2006-2007) Handbagdesigner101.com. All Rights Reserved

home   bookmarks   people   sites   tags   subscribe   forums   about   blog

# stylehiveblog
### what's hot. right now.

Check

Tuesday, March 06, 2007

## Hot Interview: Katherine Kwei - Handbags with an Eastern Flair



 R

If you pr
address

Your

Su

Advertiser



New t

Register

What'

Bag of
Blog Sr
Gotta C
Hot De:
Hive5's
Hot Hiv
Hot Inte
Hot in t
Hot Sto
Label L
Shoe o
Shoppe

**About Katherine:**

Accessories designer, Katherine Kwei is known for the intricate knots she incorporates into her handbag designs.  She began her career working in public relations for Louis Vuitton in

Hong Kong, before going to school for accessory design.  She graduated from Cordwainers in London, and worked for local handbag designers Susan Hunter and Billy Bag Company. Shortly after, Katherine moved to New York and worked on Zac Posen's handbag and accessory line for the Spring/Summer 2006 collection.  In 2007, she launched her own handbag line, which combines modernity with tradition, and uses luxury materials with unique textures.  Katherine keeps her signature Chinese "Eternity" knot-inspired weave as the center of attention in her designs.

**Stylehive: You are very rooted to your Chinese heritage.  Tell us about how your grandmother and your culture inspires you.**

**Katherine Kwei:** My grandmother had an incredible spirit which translated into everything she did.  Like most cultures, family is cherished and most of the times family gathers around food.  I loved watching my grandmother cook and prepare large family dinners.  One of my favorite activities would be to help her fold wonton dumplings all afternoon.  Her love for food also translated into creating beautiful clothes and jewelry.  She and my mother had so many beautiful Chinese embroidery fabrics, and even now I know we have old Chinese robes in storage.  The Chinese culture is so rich it would be hard to pinpoint everything that inspires me, but the food (cooking and preparing), the jewelry and clothing my grandmother introduced me to has influenced my love of 'craft' work.

**SH: You have very intricate craftsmanship.  How long does it take to make one of your bags?**

**KK:** From start to finish, around 5 hours for the clutch.  The most time consuming part of making a bag is actually preparing all the 'bits and pieces.'  So we need to join and smooth out the snake skins, then adhere them to the lambskin, then cut and then weave.  The final stages of sewing all the pattern pieces together is the least time consuming.

**SH: How has living so globally, in different cities like London, Hong Kong, New York, and Athens, affected your design?**

**KK:** The impact of colors, textures and forms have all influenced me.  I am fortunate to have been able to live and experience so many different places and have at the very least taken away that although the designs may be different, everything has it's own inherent beauty.

**SH: What was it like working for such renown designers as Louis Vuitton and Zac Posen?**

**KK:** I worked in the PR department for Louis Vuitton.  I got to meet and work with Marc Jacobs on PR events which were very exciting and challenging.  Marc is terribly charming and gifted with talking to the press and 'fans' and you can learn so much by just watching how he composes and handles himself.  He is truly a man of so many talents, not just in incredible design.  Zac Posen is also extremely charming and charismatic and I cannot think how anyone could not adore him.  I was able to work in the creative studio with him and it was very inspirational.  He has a strong support team, his sister Alexandra and mother, Susan, who really complement his visions and ideas.  It is great to watch how themes and ideas would be transformed from research books, to sketches, initial toile's, and then the final piece on the catwalk.

**SH: In producing your own high-end handbag line, what has been the greatest challenge so far?**

**KK:** The greatest challenge was just getting the first line ready and out there to the 'right' people.  I think every designer will have production issues especially when production units are so small… but once you do find a factory that is willing to go on the journey with you, you can count yourself very lucky.  After my first pieces were ready I returned to NY and literally just cold called and emailed showroom and PR agencies to see if they would represent me.  I walked around NY for several weeks with bags in hand and fingers crossed.

**SH: How would you describe your customer?**

**KK:** My customers are my friends, their sisters, mothers, aunts, etc… really any woman who appreciates quality and is an independent thinker and innovator, who is confident and secure

in her own sense of style.

**SH: What advice would you give to someone wanting to go into handbag design?**

**KK:** Take your time and be persistent. From when I decided to start my own business to when I actually presented my first collection took 5 years. Not everyone will 'get' your vision, but that is okay. Believe in yourself and your product and there is no reason why you will not succeed. On a more practical note – speak to as many people in the business as possible and DO NOT be afraid to ask questions and ask for advice or contacts. We all started in the same place, it's how you use the information you obtain that is crucial.

**Katherine Kwei's Site in the Hive:** site/katherinekwei.com

**Katherine Kwei's Website:** katherinekwei.com

Posted by Myriah Zaytoun at 10:39 AM in Hot Interviews

digg this       post to del.icio.us



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Trackbacks

**Comments on this post**

**Post a comment**

Name:

[                                                    ]

Email:

[                                                    ]

Location:

[                                                    ]

URL:

[http://                                             ]

[                                                                              ]

☐ Remember my personal information

☐ Notify me of follow-up comments?

March
Febru
Janua

Produ

Get
Pow



Advertis

Submit

---

Next entry: Hot Product: Dream Bean Bag, A Sweet Escape
Previous entry: Hot Product: Daydream Four-Poster Daybed, Dreamscape

---

Blog home                                                    Blog archives

Th
Bl

Fash

55 Se
Adver
Aesth
Beaut
Beaut
Beaut
BagB
Bag S
Blogd
Bon E

Celeb
Celeb
Coqu
eBeau
Fabsu
Fashi
Girl-a
Glam
I'm Nc
I'm Nc
Jewel
Jewel
L.A. S
Mano
Open
My Fa
Papie
Secor
Stylea
Styleb
Styleb
The S
The T
Thrifty
Trash
Zubur

Tren

Agenc
Cool I
Core
Desig
Fashi
Fresh
Honey
JC rep
Marke
Josh
Moco
PSFK
Refine
Show
Sneal
Spring
Super
The C
Trend
Trend

**Proc**

Uncra
Outbl
Produ
Popga
Gizmc
Engac



home   bookmarks   people   sites   tags   subscribe   forums   about   blog

|SEARCH BLOG|| FLAG BLOG| Next Blog»                    Create Blog █ Sign In

---

# CLOTHES-PIN

## HANGING STYLE OUT TO DRY FOR THE NEIGHBORHOOD TO SEE

---

**9.14.2006**

## Katherine Kwei



I saw Katherine's bags in this weeks WWD and could not wait to show you guys some more. Katherine is launching for Spring/Summer 2007 and I'm so excited to get a sneak peek. The collection is based on a technique learned from her grandmother at an early age; the chinese "eternity" knot. This intricate weaving technique is fused with luxurious materials (purposely lacking in external hardware) to create what I'm sure will become a well loved collection. See it here...and good luck to Katherine on her launch!

*ABOUT ME*

**CLOTHES-PIN**

Clothes-Pin is a new resource for retailers, highlighting new and independent designers to the contemporary market. Consulting Services:The main request I get is to review and provide feedback on products. The consulting service addresses the real dilemmas of establishing and building a brand. How to find your target market, differentiate your brand, merchandise a cohesive collection, target retailers specific to your product, creating linesheets, presentations ,etc. The focus is to establish a niche and create a brand that stands apart in a competetive market. Email clothespinblog@gmail.com for more info and rates.

VIEW MY COMPLETE PROFILE

---

*ON THE LINE- RETAIL SPOTLIGHT*

anica

beehive co-op

beklina



update: the bags posted on Katherine's site are samples; her PR agency was kind enough to send me these true sneak peeks for your viewing pleasure!

POSTED BY CLOTHES-PIN AT 9:22 AM

LABELS: BAGS

## 1 COMMENTS:

Jeanne Feldkamp said...

omg... these are BEAUTIFUL. kudos to katherine on some of the first truly original handbags i've seen in a while!

10:10 PM

Post a Comment

## LINKS TO THIS POST

Create a Link

Newer Post          Home          Older Post

Subscribe to: Post Comments (Atom)

habit

jade

kaight

maneater threads

modishoppe

nessalee style

rare device

sodafine

stars & infinite darkness

### FIND DESIGNERS BY CATEGORY

accessories (7)

bags (50)

clothing (157)

eco friendly (35)

jewelry (104)

shoes (25)

### READING MATERIAL

almost girl

apartment therapy

bag trends

coutorture

cult of couture

destination design

fab sugar

far too cute

fashion addict

fashion incubator

fashion tribes

fashionologie

fly girls

gen art

Glamour Mag

kristopher dukes

lavish

love made visible

modish

oh joy

omiru

paperlily

print & pattern

raredevice

refinery 29

second city style

stylehive

sub studio

the fashion journal

trunkt

we are the market

windowlicking

*GREAT STORES*

anica boutique

azalea

beklina

girl shop

janes closet

kaight

maneater threads

modishoppe

rare device

shop in lieu

sodafine

sweet tater

trunkt

---

***BLOG ARCHIVE***

▼  2007 (138)

   ▼  July (11)

      She-Bible

      Question of the Day...

      Janice Ho

      Summer Friday- Hardware Handbags

      Potipoti

      John S. Brana Jewelry

      Rojas

      Beatrix Ong

      Summer Friday- Bailey Handbags

      Prairie Underground

      Andrea Corson

   ►  June (20)

   ►  May (17)

   ►  April (20)

   ►  March (22)

   ►  February (14)

   ►  January (34)

►  2006 (238)

---



---

**Gulf Hurricane Relief**
Help Support Health
Clinics Providing
Critical Aid to
Evacuees.

Public Service Ads by
Google