# EXHIBIT C



Gotham Magazine
September 2007
Circulation: 60, 000



**Julie Haus**

A year after the debut of her eponymous line, Haus has become the fashion industry's latest darling. She's best known for her clean silhouettes and charming details, but has looked to bold colors, black-and-white designs, and gently infused metallics for her fall 2007 futuristic-mod-meets-London's-swingin'-sixties collection.

**ON HER LIST:**
· **Roger Vivier** boots
· **Katherine Kwei** hobo bag for day, Guatto Cala clutch for evening
· Vintage **Ovando Salvi** rings (purchased on the corner of Wooster and Prince Streets)
· **Yves Saint Laurent** Tribute Mary Janes in black
· **Julie Haus** Oxford dress in black and silver argyle brocade

**Abigale Levinson, Karen Reinitz and Ana Maria Pimentel**

**AKA New York**

The triple threat behind AKA New York, Levinson, Reinitz, and Pimentel got together in 2004 when working as fashion editors for *Elle*. Deciding that the market was missing clothing that was fashionable yet accessible, they blended their individual styles to create unique, easy pieces that could work into their own wardrobes—and now, those of their legion of customers—and be worn in a variety of ways.

**ON THEIR LIST:**
· **American Apparel** oversize men's T-shirt
· **YSL** wide-leg pants
· Sweaters from the new **AKA** cashmere collection
· **Chanel** gray jersey quilted bag
· **Marc Jacobs** lapis and malachite chunky bracelets

---

# POWER SUITS & PENDANTS
Top NYC store managers tell us what they'd be buying if they were us.



### Franco Salhi

**ERMENEGILDO ZEGNA**
(*543 Madison Avenue,* 212-421-4488)

· Micronsphere suit
· Elemento jacket
· BT Jacket
· Oxblood limited-edition shoes
· Aviator sunglasses



### Josephine Campanella

**POMELLATTO**
(*741 Madison Avenue,* 212-879-2118)

· Rigarene ring
· Rose-gold ring with tooth pendant
· Luna ring
· Capri turquoise necklace
· Victoria chain in jet and gold



### Arthur Aronov



**DOMENICO VACCA**
(*702 Madison Avenue,* 212-421-8902)

· Men's tan jacket, zip cardigan, and moleskin pants
· Men's navy blazer and white silk shirt
· Men's gray dress suit and one of his women's cotton voile ball with red pink shirt
· Women's navy pinstriped suit with pink shirt





HAMPTONS MAGAZINE
AUGUST 31, 2007
CIRCULATION: 60,000



CLOCKWISE FROM BOTTOM LEFT: Charlotte lace-up bootie by Yves Saint Laurent ($640). *Yves Saint Laurent, 3 East 57th Street, 212-980-2970.* Belted clutch by Kenneth Cole ($298). *Kenneth Cole, Roosevelt Field, 630 Old Country Road, Garden City, 516-877-0197.* Quilted classic handbag by Chanel ($2,395). *Available at Hirshleifer's, Americana Manhasset, 2060 Northern Boulevard, Manhasset, 516-627-3566.* Chagrin shopper envelope by Lelya ($548). *Available at Scoop Beach, 47–51 Newtown Lane, East Hampton, 529-8080.* Leather bootie by Louis Vuitton (price on request). *Similar styles available at Louis Vuitton, Americana Manhasset, 2120 Northern Boulevard, Manhasset, 516-365-4766.* Sungras and blue ostrich wallet by R&Y Augousti ($395). *Available at Christopher Fischer, 67 Main Street, East Hampton, 907-0900.* Blue sandstone and blue quartz bead link necklace by Lola Ross ($325). *Available at Corleen Liguria, 29 Main Street, Southampton, 204-0104.* Suede Azad bag by Jimmy Choo ($1,525). *Available at Hirshleifer's, see above.* Suede Tucker flat by Theory ($350). *Theory, 60 Jobs Lane, Southampton, 287-5121.* Edna pouchette in navy by Katherine Kwei ($485). *Available at...$192.*



Hamptons Magazine
August 3, 2007
Circulation: 40,000

LOOKING EAST | MUST-HAVES

# What a Girl Wants

Four hot Hamptonites guide us through their personal East End shopping ventures
produced by Samantha Marcus Yaniks









**JENNIFER PINTO**

Director of communications,
Juicy Couture
Resides in: East Hampton

**HER FAVORITE SHOPS:**

- **The Shop at Sunset Beach**,
*35 Shore Road, Shelter Island,
749-2001*



- **Scoop Beach**, *47-51 Newtown
Lane, East Hampton, 329-8080*

**BRIDIE CLARK**

Author, Because She Can
(Warner Books, $23.99)
Resides in: East Hampton

**HER FAVORITE SHOPS:**

- **Springs General Store** for
freshly baked scones,
*29 Old Stone Highway,
East Hampton, 329-5065*

- **La Fondita** for fish tacos
and fresh guacamole,
*74 Montauk Highway,
Amagansett, 267-8800*



"I always pick up things for my
home at Privet Cove."
*69 Jobs Lane, Southampton,
287-5685*

**CANDICE KOCH**

Partner, Exposed Public Relations
Resides in: Bridgehampton

**HER FAVORITE SHOPS:**

- **Sylvester & Co.** "They have
great hostess gifts, but it's always
fun just to browse there."
*2069 Main Street, Sag Harbor,
725-5012*

**TAMIE PETERS THOMAS**

President, Tamie Peters
Public Relations
Resides in: Water Mill

**HER FAVORITE SHOPS:**





"I go to Sag Harbor Liquor
Store to buy Herb's vodka, the
cilantro, rosemary, dill, and
fennel flavors are great for
entertaining guests."
*52 Main Street,
Sag Harbor, 725-0054*



LEE SIMMONS

Hamptons Magazine
July 20, 2007
Circulation: 40,000

**ON DECK** EBB & FLOW

# The Really, *Really* Big Picture

Ever felt your knees go weak (*That ravine is how far down?!*)
or your stomach do flip-flops (*Watch out for the rapids!*)
while watching an Imax megaflick? Well, here's the guy to blame.
by Jeffrey Slonim

DURING THE LOVE HEALS barbecue at Luna Farm, my wife and I happened to sit with **Richard L. Gelfond**, who looks like the quintessential guy next door. But Rich Gelfond isn't that guy. With his business partner, **Brad Wechsler**, Gelfond, a lawyer by training, co-owns Imax Corporation and also once worked as an investment banker for Drexel Burnham before he and Wechsler left that firm to buy businesses.

During one of his children's spring breaks, he traveled to the Smithsonian in Washington, DC, and was impressed by the Imax theater there. "A friend at an investment bank was selling Imax, and the book showed up," says Gelfond. "We put the deal together, and two months after we bought it, we brought it public through Goldman Sachs."

Good move.

"At that time," explains Gelfond, "Imax was mostly in museums, and the movies were generally about bears and whales." There are now 300 Imax theaters in 35 countries worldwide, and the firm has also developed the technology to run Hollywood films through a computer and turn them into Imax films. To date, *Apollo 13, Superman, Night at the Museum*, two *Spider-Man* films, and *Harry Potter and the Order of the Phoenix* have been converted. Original films Imax created with Gelfond as cochair and co-CEO include *Deep Sea 3-D, Space Station 3-D*, and *NASCAR 3-D*.

"When you see *Rolling Stones at the Max*," says Gelfond, a closet rocker, "it feels like you're in the

front row at the concert. People stand and light their lighters." Besides hanging out with **Mick Jagger** in the locker room at Madison Square Garden before a concert, one geeky aspect of this job that Gelfond has appreciated was getting to know the astronauts. "They're cool people," he says. One mentioned to him that he would "sleep standing next to the window in space. There'd be lightning all over the Earth, and he'd play Grateful Dead music."

Far out!

Gelfond also takes pride in the fact that the Imax crew abandoned making its film about Everest (*Everest*) to help rescue **Sandy Pittman**'s group when they became trapped by a blizzard near the summit. "They showed heroism," Gelfond says of his crew, "and then they went back up to finish the project."

The heady future of Imax: "We're in the process of perfecting a digital system," says Gelfond. "You'll be able to see the Super Bowl live in Imax, and rock concerts. And there are no film costs, so you'll be able to show more films each year."

Gelfond's other pet project is chairing the board at the Stony Brook College Foundation, which, by the way, owns the Pollock-Krasner House & Study Center in the Springs. Stony Brook, located in Brookhaven off Exit 68 on the LIE (but a world away from clubs like Pink Elephant and Dune), partners with Harvard, Yale, and Princeton to study brain chemistry, cancer, and how the universe was formed, Gelfond says.

Note: Thanks to **Michael Carl** of *Shear Genius* for assistance with this week's list. **H**

## IN & OUT

 

| IN | OUT |
|---|---|
| Luciano Pavarotti | Lou Dobbs |
| Giant frames | NJ whining about "NY's" |
|  | Giants Stadium |
| "An Evening Under the | Annoying Lexus ad with |
| Stars" with Diana Ross | Diana Krall |
| Battle of the Bigwigs | Battle of the Burnouts |
| Spitzer vs. Bruno | Moss vs. Doherty |
| HRH candles | HRH television specials |
| Thinking organic | Counting carbs |
| Qatar Airlines | Spirit Airlines |
| ~~Katharine Kaslbagh~~ | Kiwi flavored |
| The Hiltons | Wearing a shirt with your |
|  | own face on it |
| The Gardiners | Not knowing the |
|  | gardener's name |
| Fresh Air Home | Gas-guzzling SUVs |
| Gruccì clan | Grouchy cops |
| God's Love We Deliver | Saying "covah" |
| Plovers | Pavemania |
| Susan Magrino | Green chrysanthemums |
| Al Hilfiger | Tommy Hilfiger thug-chic |
| Rick & Kathy | Michael & Dina |
| *Rescue Dawn* | Rescued by Mommy |
| Lobster ravioli | All-you-can-eat "baby" |
|  | lobster tails |
| Biba Southampton | Bible thumpers in sports |
| Sag | Sagging jeans that show |
|  | too much |
| Kelsey & Camille | Charles & Camilla |
| *Sim: A Fantasy Memoir* | Crazytown |
| Highfield Sauvignon Blanc | Wearing head-to-toe with |
| Marlborough 2006 |  |
| Andrew and Daniel | *The Devil and Daniel Web* |
| NetJets | Saying "Let's jet" |
| Splurging on Château | Realizing your campaign |
| Prieuré Lesscours | is out of cash |
| St.-Emilion Grand Cru 2001 |  |
| Your name on the Stereo | Your name on the DC |
| doorman's list | Madam's list |
| Sex & the City movie | Kim Cattrall's last tantru |
| CBS News revamp | Katie Couric's next tantr |



**People Magazine**
April 9, 2007
Circulation: 3,779,640

# StyleWatch



## Behind the Seams

**SWEET CHARITY:** Gilding the lily alert! Hearts on Fire jewelers and online auction house Charity Folks are auctioning off $50,000 worth of gems worn by stars like **Teri Hatcher** and **Sienna Miller**—with each winning bidder also getting a year's supply of Godiva chocolates. 80 percent of proceeds will benefit charities Love Heals and Step Up Women's Network...

Karolina Kurkova's pendant and Sienna Miller's bracelet; available on charityfolks.com through April 5.

TERI HATCHER

**GETTING THE BOOT:** Hollywood starlets aren't letting a little thing like, um, a complete lack of snow hamper their ski bunny aspirations: **Jessica Alba** and **Hilary Duff** are just a few of the celebs sporting new line Rubber Duck's waterproof boots available in several colors—in sunny Los Angeles

Rubber Duck Snowjoggers $80- shopkit son.com





JESSICA ALBA

Vanitymark by Brett Freedman eyebrow products $16-24  vanitymark.com

**BROW BEAT:** Busy celeb moms can appreciate DIY brow upkeep: **Reese Witherspoon** keeps her arches in shape with Vanitymark's new eyebrow grooming products by makeup artist Brett Freedman. Other fans include **Brooke Shields** and **Marcia Cross**—who loves that the line contains a red pencil to complement her complexion...

REESE WITHERSPOON

Katherine Kwei Zara clutch in mustard $835 katherine kwei com



**CLUTCH TIME:** What's knot to like about Katherine Kwei's Zara bag? **Eva Longoria** and **Cameron Diaz** are among the celebs seen carrying the knotted lambskin clutches, which are from the N.Y.C.-based designer's debut collection.



EVA LONGORIA

## WHAT WAS SHE THINKING?

**J. No!** In a shapeless dress, furry vest and clunky shoes, Jennifer Lopez looked unusually unchic while promoting her album in Paris March 23.

Katherine Kwei Zara Clutch

# People

**People.com**

April 17, 2007

**Five Hundred Million Viewers Per Week**

**StyleWatch**

I Really Love My ...

KATHERINE KWEI BAG

From promoting her album in N.Y.C to hitting an L.A. courthouse for jury duty, Jennifer Lopez totes her creamy luxe bag.

Get This Look!
**For Real:** katherinekwei.com
**For a Steal:** zappos.com



Katherine Kwei Stella Tote



**Marie Claire**
March 2007
Circulation: 951,183



Katherine Kwei Zara Water Snake Hobo



**InStyle**
July, 2007
Circulation: 1,772,568



Katherine Kwei Stella Tote



**NEW YORK POST**
January 22, 2007
Circulation: 662,681



Katherine Kwei # KK30125



**In Touch**
April 23 2007
Circulation: 1,123,455



# They serve on jury duty

Some folks will do anything to get out of jury duty, but not Jennifer Lopez. On April 2, J. Lo reported to the Beverly Hills Municipal Courthouse and spent most of the day there, but she wasn't assigned to a case.

**Katherine Kwei Stella Tote**



**Life & Style**
April 23 2007
Circulation: 350,000



Katherine Kwei Stella Tote



**BRITAIN'S NO.1 GLOSSY. EVERY**

# GRAZIA

£1.80

www.graziamagazine.co.uk  21 May 2007

**KATIE'S DESPERATE CALLS FOR HELP**

**KATE GETS HER WOW FACTOR BACK!**

The truth about **Kylie's married man**

**99 HOT**

**A-LIST SHADES**

**PLUS 25% OFF designer styles!**

ISSUE 116

# YOU
# FASHION JURY

## TAMARA MELLON'S DIVORCE BATTLE

**Angela:** «This outfit looks polished, but the combination of low-cut top, skin-tight skirt, clutch bag, bare legs AND stilettos is just a tad too in-your-face sexy for court.»

**Catherine:** «Tamara clearly means business: figure-hugging pencil skirt, waist-cinching belt, sky-high stilettos, plus oh-so-now fold-over clutch.»

**Deborah:** «We expect nothing less than killer heels and the fantastic cream clutch from the shoe queen herself. Just as well she has the legs to carry off that skirt!»

## JENNIFER LOPEZ JOINS THE JURY

**Angela:** «Ha ha! This is Jennifer Lopez trying to look like a 'real' person for jury duty. The cashmere might be don't-look-at-me grey, but superstar shades and the fashion bag shriek, 'Yes! It's me! J-Lo!'»

**Catherine:** «I hate this look, mostly because it's wrapped in what's rug! So un-chic. Dodgy stonewashed jeans and a polo-neck under her scarf (a little excessive for May?) finish it off. Fabulous bag, though.»

**Deborah:** «There's no excuse for cheap-looking jeans and a knitted cardigan that resembles a dressing gown.»

## HEATHER MILLS AT COURT IN LONDON

**Angela:** «This '60s-style coat is such a now shape: drop waist, bubble hem. But it's way too fussy for court she looks a bit like the Queen.»

**Catherine:** «A vision in Stella McCartney, this structured coat looks effortless and I've always been a fan of these over-the-knee boots.»

**Deborah:** «Classy coat, but the rest of the outfit – clumpy schoolteacher footwear and old-fashioned, checked knee-length skirt – is a mismatch not unlike her marriage.»

**Don't forget** – to join next week's panel, let us know your thoughts on these pictures (four sentences for each) at fashion.jury@grazia magazine.co.uk





**Life & Style**
May 28th 2007
Circulation: 350,000



Katherine Kwei Stella Tote



**In Touch Weekly**
April 16 2007
Circulation: 1,123,445



# better?

**These outfits sizzle on one celeb and fizzle on another**

**SHE DID**

**Starting line**
Despite wearing wide stripes, Cameron creates a lean body line with knee-high boots, says Oren Hays of planetfunk.com. Ashanti's combo of three-quarter leggings and boots shortens her frame and makes her look stumpy.

**SHE DID**

**Dressed to impress**
By wearing a lace dress underneath her V-neck trench, Ugly Betty's Becki creates a glamorous outfit. While the peacock-blue shade is stunning on Eva, her styling is more casual, which stops her from making a bigger splash.

BECKI NEWTON

EVA LONGORIA

IN TOUCH 9

Katherine Kwei Zara Clutch



**AM New York**
**March 26, 2007**
**Circulation: 315,711**

STYLE 21

MONDAY, MARCH 26, 20







Katherine Kwei Zara Clutch

# VOGUE

**Vogue.com**
May 4, 2007
1,723,414 Viewers Per Day

**THE FRINGE BAG**                    CLOSE ☒

Katherine Kwei Zara tote,
$845

katherinekwei.com.



Katherine Kwei Zara Tote



**US Weekly.Com**
April 9, 2007
**Visitors Per Month: 635,895**





**JENNIFER LOPEZ**

Jennifer Lopez is even stylin' when she's at jury duty. The singer/actress did her civic duty while sporting a chic long scarf, funky shades and the Stella tote by Katherine Kwei.



Katherine Kwei Stella tote in putty, $1,500, KatherineKwei.com



Loro Piana light blue fringed cashmere scarf, $395, Bluefly.com



Fendi logo detail sunglasses, $156, Bluefly.com

Wirelmage.com

# Katherine Kwei Stella Tote



**Las Vegas Journal Review**
February 9 2007
Circulation: 168,653

# what's in store



## smoke out

Warm the pockets of gray on the red carpet at the Screen Actors Guild Awards this Sunday in your search to dress up. Featuring textures such as the sequins we particularly appreciate in your Valentine's Day present, this soft leather classic boasts textured-on sequins that add a perfect patterned touch that's hard to resist. **Katherine Kwei Zara clutch, $835, Corsa Collections**

Katherine Kwei Zara Clutch

# Style Crunch

- Front Page
- Discuss
- Advertise
- Archives
- About
-  Subscribe!

ADS BY GLAM

Introducing
**Sensodyne® ProNamel™**
The toothpaste for today's healthy lifestyles

## Katherine Kwei Clutch Handbags

**March 31st, 2007** · No Comments · Tagged as Fashion

**Top designer handbags**
The hottest designer handbags and best prices, best quality always!

**Handbag wholesale &Import**
Huge Selection, 500 style handbags Anybrand Handbags, Factory Direct

Ads by Google





Check out Katherine Kwei's newly-launched line of handbags.

The designer's debut collection has already caught the eye of celebs like Cameron Diaz, Rachel Weisz and Eva Longoria who have all been spotted recently carrying Kwei's Zara clutch.

Crafted in lambskin and watersnake, the clutches are accented with the designer's signature Chinese eternity knot-inspired weave and are available in brown, black, mustard and gray at activeendeavors.com.

The watersnake clutch in retails for

$835 and the lambskin $550, and all are available at <u>activeeendeavors.com</u>.

**Top designer handbags**
The hottest designer handbags and best prices, best quality always!

**Handbag wholesale &Import**
Huge Selection, 500 style handbags Anybrand Handbags, Factory Direct

Ads by Google



## That was a kickass article. What do I do now?

**1.** <u>Subsribe to the hottest content on the blogosphere</u>

**2.** <u>Likewise you can submit this to the Lipstick crowd</u>

**3.** <u>Bookmark this post on del.icio.us</u>

 **Current Bid: $11.35**
Sprint / Nextel I275

 **Current Bid: $94.99**
~mint Unlocked Motorola Fire Red Razor Razr V3 Cingular

Ads by AuctionAds

## 0 responses so far ↓

- There are no comments yet...Kick things off by filling out the form below.

## Leave a Comment

**Name**

**Mail**

**Website**

Submit

- 'Grey's Anatomy' Actress Katherine Heigl Launches Scrubs Line, Katherine Heigl Collection
- Jimmy Choo Foldover Clutch
- Blue is the new celebrity black
- The World's Most Expensive Handbag
- A golden summer bag
- Forbes' List Of The World's Most Extravagant Handbags
- Louis Vuitton Clutch Occasion Cake

← Today's Hot Finds Jada brings the sunshine →

ADS BY GLAM

**HOTTEST STORIES**
by the Glam Network

❀ **Cute Summertime Look**
by Hip Candy

❀ **How To: Pack Smart!**
by I Like Her Style!

❀ **Cole Haan "Nike Air": You Stomp Like a Stiletto but Feel Like You're in Sneakers**
by Fashiontribes Daily

❀ **Jessica Simpson at Mercedes-Benz Fashion Week & Swim Miami 2008**
by Second City Style Blog

❀ **Empty those purses, up to 70% off at eLUXURY**
by Shoewawa

headlines by GLAM

 

Case 1:07-cv-08371-LTS     Document 1-5     Filed 09/26/2007     Page 24 of 31

« W Magazine: The Naomi Diaries
"The Prada Wears Devil" »

# Katherine Kwei bags

May 15th, 2007

Animal lovers will not approve but the latest collection of bags from Katherine Kwei is absolutely gorgeous. Other than the fact that they are made up of mainly lamb skin and watersnake skin, the most interesting feature is the knots, twists and fringes. They are definitely something different from the usual kind of handbags/clutches.

Katherine Kwei bags « Rock.The.Trend.                                    Page 2 of 8

Case 1:07-cv-08371-LTS    Document 1-5    Filed 09/26/2007    Page 25 of 31



the clutch, US$835



the hobo, US$1550

Katherine Kwei bags « Rock.The.Trend.                                   Page 4 of 8

Case 1:07-cv-08371-LTS     Document 1-5     Filed 09/26/2007     Page 27 of 31



the totes, US$1675



more totes, $1600

Katherine Kwei bags « Rock.The.Trend.                                                    Page 5 of 8

Case 1:07-cv-08371-LTS    Document 1-5    Filed 09/26/2007    Page 28 of 31



flapbags, $995



Jennifer Lopez carrying an oversized bag from this collection. It looks great with winter clothings!

Katherine Kwei bags « Rock.The.Trend.                                      Page 6 of 8

Case 1:07-cv-08371-LTS    Document 1-5    Filed 09/26/2007    Page 29 of 31



Eva Longoria carrying the clutch…

All items are available in katherinekwei.com

photo sources: katherinekwei.com, people.com/stylewatch/
*thanks*

Comments are closed.

- 
- ## Trend.Talk.

    - model eyecandy
    - Emma Watson premiere style
    - W Magazine– The Beckhams: American Idols
    - August Magzine Covers
    - Fall/Winter 07/08 fashion ad campaigns IV
    - Eyeliner trends
    - August Vogue Nippon "Fashion All-Stars" editorials
    - Suvi & Anabela for Balenciaga
    - 'Rehab' by Vogue Italia
    - Fall/Winter 07/08 fashion ad campaigns III
    - Haute Couture– Jean Paul Gaultier, Elie Saab, Armani Prive
    - Haute Couture– Chanel, Lacroix, Givenchy
    - Christian Dior Haute Couture
    - Fragrance mania.II
    - July Harper's Bazaar on Best of New Season: Highlights from Milan

- ## Archives

    - July 2007
    - June 2007
    - May 2007
    - April 2007

Case 1:07-cv-08371-LTS    Document 1-5    Filed 09/26/2007    Page 30 of 31

- 

[ Search ]

## • Top.Trends.

- o Fall/Winter 07/08 fashion ad campaigns
- o Fall/Winter 07/08 fashion ad campaigns III
- o Spring/Summer 08' Fashion Week Schedules
- o Fall/Winter 07/08 fashion ad campaigns II
- o July US Vogue editorials on Fall/Winter 07/08 fashion trends
- o Emma Watson premiere style
- o Fall/Winter 07/08 fashion ad campaigns IV
- o H&M fall/winter collection preview
- o model eyecandy
- o 'Rehab' by Vogue Italia
- o August Magzine Covers
- o July Harper's Bazaar on Best of New Season: Highlights from Milan

## • Blogroll

- o ABOUT ME
- o almost girl
- o bagsnob
- o blogdorf goodman
- o clotheshorseok
- o coolchiq
- o cotswold collections
- o fabsugar
- o fashion boy
- o fashion tribes
- o Fashion Verbatim
- o fashionista
- o fashionologie
- o go fug yourself
- o haute hipster
- o hip candy
- o iamfashion
- o in my bag
- o jared johnson
- o kristopher dukes
- o la femme
- o manolo shoeblog
- o my fashion life
- o off the rack
- o playground & imperfection
- o runway scoop
- o sassybella
- o second city style
- o she finds
- o sick

- ○ smarter fashion
- ○ so fash'on
- ○ studiocouture
- ○ style bites
- ○ style critics
- ○ style it
- ○ style tribe
- ○ sugarshock
- ○ the glossy
- ○ viva las divas



- **MY FACEBOOK PROFILE**

Morganne Lucas http://www.facebook.com/profile.php?id=643570854

Blog at WordPress.com.
Theme: Neat. Entries (RSS) and Comments (RSS).