# EXHIBIT E

# SONDRA ROBERTS
### NEW YORK

home
about us
products
news
contact us

### About Us

SONDRA ROBERTS, a leader in contemporary handbags for over 25 years, is recognized for our unique designs, 'top-quality' italian leathers and exotic skins.

Our "Summer 2006 Collection", with our careful 'attention-to-detail' and use of beautiful italian leathers with 'whipstitch' detail, bright 'candy-colored' pebbled leathers and sophisticated 'two-tone' canvas/leathers combos, will leave you breathless! These bags are not only stylish, 'fashion-forward' and functional but they are guaranteed to compliment the 'seasons' ready-to-wear, shoes and accessories.

SONDRA ROBERTS handbags can be seen on the Emmy-award winning shows: The O.C., Law and Order, ER, and West Wing. As well as accessorizing the pages of IN STYLE, Cosmopolitan, LUCKY, SHOP Etc., Essence, ELLEgirl and even The New York Times-STYLE Section.

### What's NEW.

SONDRA ROBERTS is pleased to introduce the launching of our new line called SR SQUARED -By Sondra Roberts. This collection follows 'colors' and 'trends' for each season and costs an amazing $10-$50 wholesale! (Retailing just "under/over $100"!) So, whether it is a trendy, 'OVERSIZED' hobo or an embellished straw tote, SR SQUARED will keep you stylish and "in-the-know" without breaking the bank!



sound on/off ☐

2006 copyright by Sondra Roberts