# EXHIBIT G

Case 1:07-cv-08371-LTS    Document 1-9    Filed 09/26/2007    Page 1 of 6

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
##### Attorneys at Law

MICHAEL A. FITZPATRICK
202.887.4178/fax: 202.887.4288
mfitzpatrick@akingump.com

July 30, 2007

**VIA OVERNIGHT COURIER**

Chief Executive Officer
Sondra Roberts Ltd.
1730 Corporate Drive
Boynton Beach, Florida 33426

    Re:    Infringement of Intellectual Property Rights
             2K6 LLC/Katherine Kwei
             <u>Our Ref. No. 685282.0001</u>

Dear Sir/Madam:

We have been engaged by well-known handbag designer Katherine Kwei and her affiliated business, 2K6 LLC, with respect to certain intellectual property matters.

As you know, Katherine Kwei designs and sells a variety of handbags incorporating Ms. Kwei's distinctive knot weave. See Attachment A. Ms. Kwei has promoted the knot weave designs of the handbags continuously as her "signature." The results of such promotion have been substantial and tangible. The distinctive design of Ms. Kwei's products, and specifically the distinctive knot weave, has been recognized in both the popular and fashion trade press on numerous occasions, and has been noted in the press as the "signature" element of Ms. Kwei's products. See Attachment B. The almost immediate popularity of Ms. Kwei's designs among celebrities such as Jennifer Lopez and Eva Longoria, who carry the handbags when in the public eye, has only increased the broad recognition of such products among the general public as Katherine Kwei designs.

Through the promotion and sale of Ms. Kwei's handbags, Katherine Kwei designs have become well-recognized as an indicator of source in Ms. Kwei and her corporate affiliates, exclusively. Ms. Kwei has taken steps to protect her intellectual property rights, under the trademark, copyright, patent and analogous laws, as appropriate, in the United States and abroad.

Ms. Kwei recently became aware of certain Sondra Roberts handbags that copy the distinctive elements of the Katherine Kwei "Zara" handbags. Color photocopies of both the "Zara" handbags and the Sondra Roberts copies are enclosed as Attachment C. We understand that Ms. Kwei contacted Sondra Roberts about the infringement, and Sondra Roberts declined to take any action.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Sondra Roberts Ltd.
July 30, 2007
Page 2

Sondra Roberts' manufacture and sale of handbags that incorporate the Katherine Kwei signature knot designs clearly infringe our client's intellectual property rights. All indications are that such copying was with knowledge of the Katherine Kwei designs, and such handbags are likely to confuse purchasers and potential purchasers as to source or authorization, particularly the general public when they encounter the handbags post-sale. Please be apprised that Sondra Roberts' activities have exposed the company to injunctive relief, monetary relief such as disgorgement of profits and attorney's fees, and possible criminal referral.

Our preference is to explore the possibility of an amicable resolution to this matter. Please let us hear from you by August 10, 2007. If we do not hear from you by then, we will conclude that you have no interest in resolving the matter amicably. We will advise our client accordingly and take whatever further steps are necessary to protect our client's rights.

Sincerely,

AKIN GUMP STRAUSS HAUER & FELD LLP

Michael Fitzpatrick, Esquire

cc:   Karol A. Kepchar, Esquire (AG)
      Ms. Katherine Kwei
      Janice Wingo, Esquire

# SONDRA ROBERTS
## NEW YORK

**SONDRA ROBERTS/BECARRO INTERNATIONAL**
15 WEST 37TH STREET, 12TH FLOOR * NEW YORK, NY 10018
TELEPHONE 212-643-9728 * FAX 212-643-8440

August 1, 2007

AKIN GUMP STRAUSS HAUER & FELD, LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

Dear Mr. Fitzpatrick,

In response to your letter dated July 30th your ref. no. 685282.0001, please note that Sondra Roberts has been in business for over 25 years. We pride ourselves in creating unique and individual designs and have made "fringe" handbags periodically over the years. In the past, we have done everything from western-inspired fringe to various knotted fringe designs. We have manufactured in China for several years and have utilized many of their knotting, weaving and braiding techniques.

Although there is some similarity between the bags in our collection and the Katherine Kwei handbags, we feel they are distinctly different. There was never any intention on our part to replicate her collection as we were not familiar with her line. This was relayed to Ms. Kwei when she called me several months ago.

Personally, I do not believe it is possible to patent techniques that have been used by various individuals and companies for several hundred years. There are many companies that are simultaneously producing handbags using the same techniques such as weaving, crocheting, macramé, fringe, etc. It is very common for companies in our industry to overlap on trends that are prevalent in the market.

Please note that the group using this technique has in fact been discontinued and will no longer be produced after Fall of 2007. We trust that this will be an amicable resolution.

Sincerely,

Glenn Camche

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

**MICHAEL A. FITZPATRICK**
202.887.4178/fax: 202.887.4288
mfitzpatrick@akingump.com

August 21, 2007

**VIA OVERNIGHT COURIER**

Mr. Glenn Camche
Sondra Roberts Ltd.
15 West 37th Street, 12th Floor
New York, NY 10018

Re: Infringement of Intellectual Property Rights
2K6 LLC/Katherine Kwei
Our Ref. No. 685282.0001

Dear Mr. Camche:

This letter is in response to your correspondence dated August 1, 2007 with respect to the above-identified matter.

While we appreciate your representation that Sondra Roberts's handbags incorporating the "Zara" design have been "discontinued and will no longer be produced after Fall of 2007," your response does not adequately address our client's concerns and we do not consider this matter to be closed.

First, the design patent laws are relevant here, as they protect the ornamental appearance of a product. The utility patent laws referenced in your letter protect, among other things, methods of manufacture. Thus, your comments on the patentability of manufacturing techniques are irrelevant to the issue of Sondra Roberts's misappropriation of our client's design. Sondra Roberts has clearly and intentionally copied a handbag design that is protectable under design patent laws and that is protected under copyright and trade dress laws not addressed in your letter.

Sondra Roberts's continued manufacture and sale of an unknown quantity of infringing handbags through the "Fall of 2007" is not acceptable. On behalf of our client, we therefore demand that Sondra Roberts:

(1) Immediately and permanently discontinue the further manufacture and sale of products incorporating the "Zara" handbag design;

**AKIN GUMP**
**STRAUSS HAUER & FELD** LLP
━━━━━━━━━━━ Attorneys at Law

Sondra Roberts Ltd.
August 21, 2007
Page 2

(2) Provide us with a description of each product manufactured or distributed by your company that incorporates our client's "Zara" design, and specifically:

    (a) the number of such products sold and/or distributed for sale to date;
    (b) the sales price of each of these products;
    (c) the number of each such product currently on hand or on order from the manufacturer;
    (d) the number of such handbags that you expect to have manufactured and distributed between the present and the discontinue date this Fall;
    (e) the names and addresses of each person from whom your company purchased any of these products that your company did not manufacture; and

(3) Advise us in writing of your company's compliance with the foregoing and furnish us with the requested information by close of business on **September 4, 2007**.

While we believe that this matter may be settled between the parties and look forward to your response and cooperation, we will take such further action as is necessary to secure our client's valuable intellectual property rights. Please feel free to contact me by telephone (202.887.4178) prior to September 4, 2007 if you would like to discuss this matter.

Sincerely,

AKIN GUMP STRAUSS HAUER & FELD LLP

Michael Fitzpatrick, Esquire

cc:   Karol A. Kepchar, Esquire (AG)
       Ms. Katherine Kwei
       Janice Wingo, Esquire