UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 2K6 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SONDRA ROBERTS LTD.,<br><br>    Defendant. | Civil Action No.<br><br>**Rule 7.1 Statement**<br><br>07 CIV 8371<br><br>JUDGE SWAIN |

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for 2K6 LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: September 26, 2007    By: _____
                    Christina J. DeVries (CD 2419)