UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2K6 LLC,

        Plaintiff,

-against-

Sondra Roberts Ltd.,

        Defendant.

No. 07 Civ. 8371 (LTS) (AJP)

Hon. Laura Taylor Swain

## NOTICE OF VOLUNTARY DISMISSAL

Under Federal Rule of Civil Procedure 42(a)(1)(i), Plaintiff 2K6 LLC, through its attorneys Akin Gump Strauss Hauer & Feld LLP, hereby voluntarily withdraws its Complaint in this action against Defendant Sondra Roberts Ltd. with prejudice.

Dated: New York, New York
      October 31, 2007

Respectfully submitted,

_____/s/_____
Christina J. DeVries (CD 2419)

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-7445
Facsimile: (212) 872-1002
cdevries@akingump.com

OF COUNSEL:
Michael A. Fitzpatrick
Karol A. Kepchar
Lesia O. Skrypoczka
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Plaintiff 2K6 LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2007, a hard copy of the foregoing Notice of Voluntary Dismissal was provided at or before 5:00 PM EST for delivery to the chambers of the Honorable Laura Taylor Swain, United States District Judge, Southern District of New York, at

>   Daniel Patrick Moynihan United States Courthouse
>   500 Pearl Street, Room 755
>   New York, New York 10007
>   Chambers: (212) 805-0417
>   Deputy Phone: (212) 805-0424

And served via electronic mail and U.S. Mail on counsel and the company representative for the Defendant, at:

>   Mr. Carl E. Person, Esq.
>   325 W. 45th Street - Suite 201
>   New York NY 10036-3803
>   carlpers@ix.netcom.com
>
>   Mr. Glenn Camche
>   Sondra Roberts Ltd.
>   15 West 37th Street, 12th Floor
>   New York, NY 10018
>   glenn@sondraroberts.com

/s/
Christina J. DeVries