USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 2 2007

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

2K6 LLC,

        Plaintiff,

        -against-

Sondra Roberts Ltd.,

        Defendant.

No. 07 Civ. 8371 (LTS) (AJP)

Hon. Laura Taylor Swain

### NOTICE OF VOLUNTARY DISMISSAL

Under Federal Rule of Civil Procedure 42(a)(1)(i), Plaintiff 2K6 LLC, through its

attorneys Akin Gump Strauss Hauer & Feld LLP, hereby voluntarily withdraws its Complaint in

this action against Defendant Sondra Roberts Ltd. with prejudice.

Dated: New York, New York
      October 31, 2007

                         Respectfully submitted,

                         _____/s/_____

                         Christina J. DeVries (CD 2419)

                         AKIN GUMP STRAUSS HAUER & FELD LLP
                         590 Madison Avenue
                         New York, New York  10022
                         Telephone:  (212) 872-7445
                         Facsimile:  (212) 872-1002
                         cdevries@akingump.com

                         OF COUNSEL:
                         Michael A. Fitzpatrick
                         Karol A. Kepchar
                         Lesia O. Skrypoczka
                         1333 New Hampshire Avenue, NW
                         Washington, DC  20036
                         Telephone:  (202) 887-4000
                         Facsimile:  (202) 887-4288

*The Clerk of Court is respectfully requested to close this case.*

**SO ORDERED.**

LAURA TAYLOR SWAIN    11/2/02
UNITED STATES DISTRICT JUDGE

*Attorneys for Plaintiff 2K6 LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2007, a hard copy of the foregoing Notice of Voluntary Dismissal was provided at or before 5:00 PM EST for delivery to the chambers of the Honorable Laura Taylor Swain, United States District Judge, Southern District of New York, at

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007
Chambers: (212) 805-0417
Deputy Phone: (212) 805-0424

And served via electronic mail and U.S. Mail on counsel and the company representative for the Defendant, at:

Mr. Carl E. Person, Esq.
325 W. 45th Street - Suite 201
New York NY 10036-3803
carlpers@ix.netcom.com

Mr. Glenn Camche
Sondra Roberts Ltd.
15 West 37th Street, 12th Floor
New York, NY 10018
glenn@sondraroberts.com

/s/
Christina J. DeVries